April 10, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00049-CV

MICHELLE PIQUE, SHANNON HUGGINS AND SHARON JOROLAN,
Appellant

V.

JANE NELSON IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE
FOR THE STATE OF TEXAS; AND GREG ABBOTT, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE STATE OF TEXAS, Appellee

This cause, an appeal from the injunction in favor of appellee, Jane Nelson in her Official Capacity as Secretary of State for the State of Texas; and Greg Abbott, in his Official Capacity as Governor of the State of Texas, signed, April 30, 2024, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDERED**.

We further order that all costs incurred by reason of this appeal be paid by appellants Michelle Pique, Shannon Huggins and Sharon Jorolan.

We further order this decision certified below for observance.

Judgment Rendered April 8, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.